J. C. Clark v. The State.

No. 9759.   Delivered October 14, 1925.

Manufacturing Intoxicating Liquor—No Statement of Facts Nor Bills of Exception.

This record contains neither statement of facts, nor bills of exception, and no error appearing same is affirmed.

Appeal from the Criminal District Court No. 2, of Dallas County. Tried below before the Hon. Chas. A. Pippin, Judge.

Appeal from a conviction of manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed for appellant.

*Shelby S. Cox*, District Attorney, *Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is the unlawful manufacture of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year.

The indictment is regular. The record is before us without statement of facts or bills of exception. No fundamental error has been perceived or pointed out.

The judgment is affirmed.

*Affirmed.*